UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
Plaintiff,

v.

Defendant No. 1: $13,700.00 IN UNITED STATES CURRENCY, More or less,

Defendant No. 2: $409.00 IN UNITED STATES CURRENCY, More or less,

Defendant No. 3: $132.00 IN UNITED STATES CURRENCY, More or less,

Defendants.

Civil Case No. 18-01115

**COMPLAINT FOR FORFEITURE IN REM**

Plaintiff, United States of America, by and through its attorneys, Stephen R. McAllister, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**NATURE OF THE ACTION**

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the above-captioned defendants for violations of 18 U.S.C. § 1344.

**THE DEFENDANTS IN REM**

2. Defendant No. 1 consists of $13,700.00 in United States currency, more or less. that was recovered in the District of Kansas on November 8, 2017, from a rental vehicle operated by Deandray Buckley and Dominque Buckley.

3. Defendant No. 2 consists of $409.00 in United States currency, more or less, that

was recovered in the District of Kansas on November 7, 2017, from Deandray Buckley.

4. Defendant No. 3 consists of $132.00 in United States currency, more or less, that was recovered in the District of Kansas on November 7, 2017, from Dominque Buckley.

**JURISDICTION AND VENUE**

5. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendants. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

6. This Court has *in rem* jurisdiction over the defendants under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

7. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendant property is located in this district.

**BASIS FOR FORFEITURE**

8. The defendants identified in paragraphs 2-4, above, are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because they constitute or are derived from proceeds traceable to violations of 18 U.S.C. § 1344.

**FACTS**

9. Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the United States will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendants are contained in Exhibit A which is attached hereto and incorporated by reference.

**CLAIM FOR RELIEF**

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendants; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the defendants; that the defendants be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

ANNETTE B. GURNEY
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
KS S.Ct. No.11602
annette.gurney@usdoj.gov

**DECLARATION**

I, Matthew M. McWilliams, am a Senior Special Agent with the United States Secret Service. I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12TH day of April, 2018.

Matthew M. McWilliams
Senior Special Agent
United States Secret Service

**AFFIDAVIT IN SUPPORT OF A COMPLAINT FOR FORFEITURE**

I, Matthew M. McWilliams, after being duly sworn depose and state:

**INTRODUCTION**

1. I am a Senior Special Agent with the United States Secret Service (USSS) assigned to the Kansas City Field Office (KCM). I have been a Special Agent with the USSS since 1998. My duties as a Special Agent, among others, include the investigation of violations of access device fraud, identity theft/fraud, bank fraud and wire fraud. For the past two years, I have participated in investigations in the District of Kansas and Western District of Missouri involving the aforementioned criminal acts to include the tracking and seizure of criminally derived proceeds and property, both real and personal, related to said investigations. Prior to this, I engaged in the same duty activities for eight years in the Central and Southern Districts of Illinois. This affidavit is based on the following facts which are known to me as a result of my personal participation in this investigation and from reports made available to me by other law enforcement agents, some of which participate as Special Federal Officers (SFO) in a USSS-sponsored Financial Crimes Task Force.

2. I am currently involved in an on-going investigation involving, among others, DOMINIQUE BUCKLEY and DEANDRAY BUCKLEY, for violations of 18 U.S.C. §§ 1028A, 1343, and 1344. As detailed below, investigation has determined DOMINQUE BUCKLEY and DEANDRAY BUCKLEY, while in the District of Kansas, engaged in identity theft, credit card fraud, and bank fraud subsequently gaining proceeds derived from this activity.

**PROPERTY TO BE FORFEITED**

3. This affidavit is in support of a seizure warrant for the seizure of the following items:

A. $541.00 in genuine United States currency seized during a search, incident to arrest on 11/07/17, from Deandray Buckley ($409) and Dominque Buckley ($132);

B. $13,700.00 in genuine United States currency seized on 11/08/17 from the rental vehicle occupied by Deandray Buckley and Dominque Buckley.

## FACTUAL BACKGROUND AND PROBABLE CAUSE

4. On 11/13/17, Overland Park Police Department (OPPD) Sergeant/SFO Alan Keith met with SSA Matthew McWilliams (KCM) and advised of the 11/07/17 arrests of DEANDRAY BUCKLEY and DOMINQUE BUCKLEY. Sgt. Keith detailed the following:

A. On 11/07/17, OPPD patrol was dispatched in response to a fraud in progress at a retail AT&T shop located at 6615 West 135th Street, Overland Park, KS. AT&T Investigator Bill Carroll advised that two black males had attempted to purchase three (3) iPhone 8s by adding additional lines to the cellular account of A.R., who resides in Texas. The pair left the AT&T store without completing the transactions.

B. OPPD officers subsequently located and arrested DEANDRAY BUCKLEY AND DOMINQUE BUCKLEY, who were occupying a rental vehicle in a nearby shopping complex parking lot in Overland Park, Kansas. A search, incident to arrest, led to the recovery of genuine United States currency ($409 from DEANDRAY BUCKLEY and $132 from DOMINQUE BUCKLEY) combined from both individuals) as well as a TCF Bank Visa debit card (in the name of D.E.) from the wallet of DOMINQUE BUCKLEY. The rental vehicle was subsequently towed to and impounded at OPPD headquarters and each individual was transported to OPPD's Tomahawk Ridge facility for questioning by Sgt. Keith.

5. On 11/08/17, Sgt. Keith obtained and executed a State of Kansas Search Warrant for the rental vehicle (rented in a fraudulently used name, J.T.) previously operated and occupied by DEANDRAY AND DOMINQUE BUCKLEY leading to the recovery of the following:

A. Three (3) credit cards in the names of other individuals to include a City Visa credit card in the name of D.E.;

B. Three (3) fraudulent driver's licenses in the names of other individuals to include an Illinois driver's license in the name of D.E. bearing an image of Dominque Buckley;

C. Multiple First National Bank (FNB) of Omaha transaction receipts that includes two receipts dated 11/07/17 indicating withdrawals via teller for $9,000 each; and

D. $13,700 in genuine United States currency.

6. On 11/16/17, United States Secret Service Senior Special Agent John Seubert, Kansas City Field Office, contacted OPPD Detective/SFO Dennis Reaser in reference to the FNB of Omaha transactions. Det. Reaser advised that his investigation at that time revealed that First National Bank confirmed the two aforementioned $9,000 transactions were recent and fraudulently conducted against the account of David Ellis.

7. During the course of this investigation, I telephonically contacted FNB of Omaha representative, Brandi Lakner, in reference to FNB of Omaha's loss in this scheme. Lakner advised the bank had not received any more fraud loss since the initial attempts of fraud and previously documented loss. Information further provided by Lakner is summarized as follows:

A. On 11/06/2017, Lakner was first notified of an identity theft scheme occurring at multiple First National Bank (FNB) branches from 11/06/2017 through 11/10/2017, located across state lines (Illinois, Iowa, and Kansas) involving known suspects and an unknown suspect. The suspects and unknown suspect were entering FNB branches with what was presumed to be fake Illinois Driver's Licenses and impersonating

FNB customers, including the account of D.E. and others, to complete cash withdrawals. All three suspects had their right hand immobile claiming a recent injury. This would further their scheme of not having the signature card match what FNB had on file as they (the suspects) had to sign with their left hand - implying they were right-handed.

B. The suspects identified by the bank were DOMINQUE BUCKLEY AND DEANDRAY BUCKLEY. The unauthorized cash withdrawals and purchases actually completed totaled $53,282.49, resulting in a loss to FNB in the same amount. At this time, it is unknown how the victim's information became compromised.

8. On 12/22/17, Lakner provided the U.S. Secret Service with FNB of Omaha's investigative reports and surveillance photographs one of the suspects entering specific banks for fraudulent transactions. Of the photographs provided, several included images of DOMINQUE BUCKLEY entering a FNB of Omaha location in Overland Park, KS on 11/7/17, completing transaction/ withdrawal slips for the account of D.E., and fraudulently receiving cash from this transaction. FNB of Omaha also provided a copy of the withdrawal slip used in the Overland Park transaction. Of note, DOMINQUE BUCKLEY has his right arm in a sling in these images. During and after his arrest on 11/7/17, DOMINQUE BUCKLEY did not have the support of a sling nor did he indicate any injury or disability of his right arm.

## CONCLUSION

9. Based upon the above information, I have probable cause to believe the property consisting of $541 and $13,700, identified in paragraph 3 was fraudulently obtained by DOMINQUE BUCKLEY and DEANDRAY BUCKLEY in violation of 18 U.S.C. § 1344. Accordingly, the $541 and $13,700 is subject to forfeiture to the United States, pursuant to 18 U.S.C. 981(a)(1)(C).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of April, 2018.

Matthew M. McWilliams
Senior Special Agent
United States Secret Service

Subscribed and sworn to before me this 6th day of April, 2016.

ROSEANNE M. LAGRONE
Notary Public - Notary Seal
State of Missouri
Commissioned for Clay County
My Commission Expires: July 19, 2019
Commission Number: 15216309

NOTARY PUBLIC

My commission expires: July 19, 2019